IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00962-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALEX HOMER LINZY,

    Applicant,

v.

FRANCIS FAULK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

    Applicant, Alex Homer Linzy, is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Correctional Facility in Limon, Colorado.  Mr. Linzy has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.  Mr. Linzy will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Linzy files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   xx    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month

|      |     | period immediately preceding this filing |
|------|-----|---|
| (4)  | xx  | is missing certificate showing current balance in prison account |
| (5)  | __  | is missing required financial information |
| (6)  | __  | is missing an original signature by the prisoner |
| (7)  | __  | is not on proper form (must use the court's current form) |
| (8)  | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | xx  | other: Applicant may pay the $5.00 filing fee at this time in lieu of filing a § 1915 Motion and Affidavit |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|------|----|---|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. __ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other: |

Accordingly, it is

ORDERED that Mr. Linzy cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Linzy files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Linzy shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov to use in submitting a proper § 2254 application. It is

FURTHER ORDERED that, if Mr. Linzy fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 7, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge