IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00962-BNB

ALEX HOMER LINZY,

    Applicant,

v.

FRANCIS FAULK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c). Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a).

DATED July 9, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge