IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00962-BNB

ALEX HOMER LINZY,

     Applicant,

v.

FRANCIS FAULK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

_____

## ORDER FOR STATE COURT RECORD

_____

After preliminary consideration of the Application for a Writ of Habeas Corpus

Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record of Applicant's state court proceedings in *People v. Alex*

*Homer Linzy*, Denver District Court Case No. 04CR1331, including all documents in the

state court file and transcripts of all proceedings conducted in the state court, but

excluding any physical evidence (as opposed to documentary evidence) not relevant to

the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of

this order to the following:

    (1)    Clerk of the Court
           Denver County District Court
           1437 Bannock Street, Room 256
           Denver, Colorado 80202; and

(2)     Court Services Manager
        State Court Administrator's Office
        1300 Broadway
        Denver, Colorado  80203.

DATED July 9, 2014, at Denver, Colorado.

                                    BY THE COURT:

                                     s/ Boyd N. Boland
                                    United States Magistrate Judge